### ESTATE OF JOHN WELCH.

No. 8686—Oct. 15, 1878.

EVIDENCE.—WITNESS.—A creditor can testify as to the fact of the indebtedness of decedent to him on hearing of application for letters.

Construing sections, C. C. P., 1365, 1378, 1880.

*M. Cooney*, for Cannon.

*A. P. Needles* and *G. D. Buckley*, for Loughman.

The two applications were heard together. Loughman offered himself as a witness to prove that deceased was indebted to him. Mr. Cooney objected, that a creditor is not competent.

By the COURT: The witness is not within Sec. 1880, C. C. P. This is not a proceeding against an executor or administrator, but is a controversy between two persons claiming administration. When Loughman presents his claim for allowance, a different point will be presented.

Objection overruled.